May 21, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

CHRIS THYGESEN AND BRUCE W. DERRICK, DERIVATIVELY ON
BEHALF OF CLEARMEDIAONE, INC., AND ITS SHAREHOLDERS,
Appellants

NO. 14-09-00866-CV
NO. 14-10-00324-CV                      V.

ROBERT F. STRANGE, JR., ROBERT J. VIGUET, JR., AND THOMPSON &
KNIGHT LLP, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Robert F. Strange, Jr., Robert J. Viguet, Jr., and Thompson & Knight LLP, signed, September 25, 2009, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Chris Thygesen and Bruce W. Derrick, derivatively on behalf of ClearMediaOne, Inc., and its shareholders, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.